UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Jenny YUNAK,<br><br>    Defendant. | CASE NO. 20CR0510-AGS<br><br>ORDER CLOSING INTEREST BEARING ACCOUNT, AND DISBURSE FUNDS USED TO SECURE PERSONAL SURETY BOND |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk release the amount of $1,000.00, plus interest, forthwith from the interest bearing account in the above entitled case. The funds shall be sent to:

**SERGEY VELSELKOV**

IT IS FURTHER ORDERED that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of Administrative Office of the United States Court.

IT IS SO ORDERED.

Dated:  April 12, 2022

Hon. Andrew G. Schopler
United States Magistrate Judge

1